IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MAURICE STEPHENS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D23-0830
LT Case No. 2007-CF-376

Decision filed July 3, 2023

3.800 Appeal from the Circuit Court
for Sumter County,
Mary Hatcher, Judge.

Maurice Stephens, Bonifay, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, JAY and SOUD, JJ., concur.